

CLERK'S OFFICE
A TRUE COPY
Nov 12, 2021
/s/ Michael Longley
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Records and information associated with the Facebook account with Username: maddie.madison.58 with a UID: 100011735540211 and the display name: Lildawg CT

)
)
)
)
)
)
)

Case No. **21-M-509-SCD**

**Matter No.: 2021R00030**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 (1) | Motor Vehicle Robbery |

The application is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Mary Davidson, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: 11-12-21

*Judge's signature*

City and state: Milwaukee, WI

Hon. Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR A SEACH WARRANT

I, Mary Davidson, being first duly sworn on oath, on information and belief state:

## I.   INTRODUCTION, BACKGROUND, TRAINING, AND EXPERIENCE:

1.      I make this affidavit in support of an application for a search warrant for information associated with one Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 2019. Since October 2019, I have been assigned to FBI's Milwaukee Area Violent Crimes Task Force, a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies, armed motor vehicle robberies, and other violent crime matters, defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, cellular telephone extractions, interviews, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3.     During the course of my career, I have had trainings regarding the use of social media in relation to criminal investigations. Specifically, I have received instruction regarding the use of social media sites by criminal elements. Additionally, I have conducted previous criminal investigations in which internet research that I conducted yielded the use of social media by suspects. Specifically, I know from my training and experience that alleged suspects of criminal activity, who have accounts on social media websites, will often communicate their criminal intentions or past activity via "instant message" or "in-box message" on a given social media website. The "instant message" / "in-box message" is a private communication from one user to another. Furthermore, I know through experience that many social media users often use social media websites as their primary means to communicate with others. Additionally, I know from training and experience that suspects who use social media websites sometimes post photographs of themselves possessing incriminating items, such as large amounts of cash, narcotics, and firearms. Also, suspects in criminal investigations have been known to post statements on social websites referencing their own criminal activity.

4.     Based on the investigation to date, I submit that there is probable cause to believe that on September 8, 2020, CALVIN A. SMITH (SMITH) (Date of Birth (DOB): XX/XX/2002) and MADISON G. TYLER (TYLER) (DOB: XX/XX/2001) engaged in the motor vehicle robbery (carjacking) of J. J. (DOB: XX/XX/1962) in her underground parking garage located at 11907 W. Appleton Avenue, Milwaukee, Wisconsin 53224. This offense is in violation of Title 18, United States Code, Section 2119(1) (Motor Vehicle Robbery).

5.     I further submit that there is probable cause to believe that on September 13, 2020, SMITH, TYLER, and ANDREW D. SEELYE (SEELYE) (DOB: XX/XX/2001), engaged in the motor vehicle robbery (carjacking) of A.T. (DOB: XX/XX/1941) in the parking lot of 11927 W.

2

Appleton Avenue, Milwaukee, Wisconsin 53224. This offense is in violation of Title 18, United States Code, Section 2119(1) (Motor Vehicle Robbery).

6.      I further submit that there is probable cause to believe that on September 14, 2020, SMITH, TYLER, and SEELYE, engaged in an attempted motor vehicle robbery (carjacking) at 10:39 AM, an attempted motor vehicle theft at 11:05 AM, and a completed motor vehicle robbery (carjacking) at 11:10 AM in Oak Creek, Wisconsin. The attempted motor vehicle robbery (carjacking) occurred at a gas station located at Woodman's address 8151 South Howell Avenue, Oak Creek, Wisconsin 53154 against victim J. C. (DOB: XX/XX/1964). The attempted vehicle theft occurred 165 West Aspen Court Unit 6, Oak Creek, Wisconsin 53154 against victim J. B. (DOB: XX/XX/1941). The motor vehicle robbery (carjacking) occurred in the Kohl's parking lot located at 9035 South Howell Avenue, Oak Creek, Wisconsin 53154 against victim of B.S. (DOB: XX/XX/1945). The attempted carjacking and carjacking offenses are in violation of Title 18, United States Code, Section 2119(1) (Motor Vehicle Robbery).

7.      I further submit there is probable cause to believe that on December 17, 2020, DEOVEONTA MILAN (DOB: XX/XX/2001) and TYLER engaged in the armed motor vehicle robbery (carjacking) of J.C-S. (DOB: XX/XX/1958) in the garage of 2994 South Mabbett Avenue, Milwaukee, Wisconsin 53207. This offense is in violation of Title 18, United States Code, Section 2119(1) (Motor Vehicle Robbery) and Title 18, United States Code, Section 924(c) (Use of a Firearm During a Crime of Violence).

8.      I further submit there is probable cause to believe that on December 19, 2020, TYLER and MILAN, engaged in the armed motor vehicle robbery (carjacking) of D.L. (DOB: XX/XX/1947) and G.L. (DOB: XX/XX/1944) in the garage of 6633 South 19th Street, Milwaukee, Wisconsin. This offense is in violation of Title 18, United States Code, Section 2119(1) (Motor

3

Vehicle Robbery) and Title 18, United States Code, Section 924(c) (Use of a Firearm During a Crime of Violence).

9.      I have conducted and/or assisted with investigations of violent crime violations in conjunction with agents and officers from other jurisdictions, and have received training from these agents and officers in conducting these investigations.  I have also conducted and/or assisted with investigations that have led to the arrest of persons for violations of law dealing with carjackings.

10.      This affidavit is based upon my personal knowledge, my training and experience, and on information reported to me by other state and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon police reports, physical surveillance, and witness statements that I consider to be reliable as set forth herein. The facts of this Affidavit are based upon information obtained from my investigation, as well as information I have received from other law enforcement officers.

11.      Because this affidavit is submitted for the limited purpose of a obtaining a search warrant, I have not included each and every fact known to me concerning this investigation.  I have attempted to set forth only the facts that I believe are pertinent to establishing the necessary foundation for the warrant.

## II.      IDENTIFICATION OF ITEMS TO BE SEARCHED

12.      I seek authorization to search the following Facebook accounts:

| Username | Facebook Identification (UID) | Facebook Display Name |
|---|---|---|
| maddie.madison.58 | 100011735540211 | Lildawg CT |

## III.      PROBABLE CAUSE

4

**Red Kia Forte Carjacking in Milwaukee, Wisconsin on September 8, 2020**

13.     On September 8, 2020 at approximately 2:00 PM, two male subjects carjacked J. J. (DOB: XX/XX/1962) in her condominium's underground parking garage located at 11907 W. Appleton Avenue, Milwaukee, Wisconsin 53224. According to J.J., as J.J. walked to her vehicle, a 2014 red Kia Forte bearing Wisconsin registration 957DRC, VIN: KNAFX4A85E5212143, two subjects approached her and asked her where "Tom" lived. J.J. told them to ask the office. J.J. then unlocked her Kia Forte and noticed the two subjects were still standing close to her. The subjects attempted to pull keys from her hands, however, she held on. J.J. was then pushed, and the subjects obtained the key to her vehicle. J.J. sustained a small scratch on her right hand due to the struggle. Also taken in the carjacking was J.J.'s pink leather purse containing her debit card and identification card.

14.     According to J.J., both subjects were black males.

15.     According to a witness statement, both subjects were black males with slender builds in their twenties wearing dark clothing.

16.     TYLER's Wisconsin driver's license lists him as 5'11" and 145 pounds.

17.     SMITH's Wisconsin driver's license lists him as 5'08" and 160 pounds.

**Red Toyota Camry Carjacking in Milwaukee, Wisconsin on September 13, 2020**

18.     On September 13, 2020 at approximately 3:30 PM, three male subjects carjacked A.T. (DOB: XX/XX/1941) in the parking lot of 11927 W. Appleton Avenue, Milwaukee, Wisconsin 53224. According to A.T., A.T. was in the parking lot cleaning his car, a 2017 red Toyota Camry bearing Wisconsin registration AKA6967, VIN: 4T1BF1FKXHU729144. A red-colored vehicle pulled up next to him with three males inside of the vehicle. The driver (Subject #1) of the vehicle asked for help to jump their vehicle. A.T. agreed to the help the individuals. The

subject who sat in the rear seat (Subject #2) exited his vehicle, walked to the trunk of his vehicle, and retrieved jumper cables. A.T. entered his vehicle and started it. Subject #1 asked A.T. if he could turn on his vehicle with a fob or whether it needed keys. A.T. replied by asking why that mattered for jumping a car. Subject #2 returned the cables to the trunk of his vehicle. A.T. then decided he no longer wanted to help the subjects.

19.    A.T. attempted to get into his vehicle to turn it off, however, Subject #2 came from behind and grabbed him. Subject #2 pulled A.T. away from his car door causing A.T. to stumble and fall to the ground and hurt his wrist.

20.    Subject #2 then entered A.T.'s Toyota Camry and drove away, followed by the other subjects fleeing in the vehicle they arrived in. Both vehicles drove across the grass and left the complex. During the interview with A.T., he stated, "Thank God they went forward over the grass because they would have run me over if they reversed properly."

21.    The subjects did not obtain the key to A.T.'s 2017 Toyota Camry.

22.    A.T. described all three subjects as black males in their 20s or 30s wearing white surgical masks.

23.    SEELYE's Wisconsin driver's license lists him as 5'08" and 150 pounds.

**Red Toyota Camry Vehicle Recovery**

24.    On September 13, 2020 at approximately 5:39 PM, the red Toyota Camry was located, abandoned, at 2662 North 47th Street, Milwaukee, Wisconsin in the alley by Milwaukee Police Department (MPD). A citizen witness observed the vehicle parked in the alley for approximately one hour before he called MPD to report the vehicle.

**Gray Audi Q7 Attempted Carjacking in Oak Creek, Wisconsin on September 14, 2020**

25. On September 14, 2020 at approximately 10:39 AM, at least three subjects attempted to carjack J.C. (XX/XX/1964) at the gas station located at Woodman's address 8151 South Howell Avenue, Oak Creek, Wisconsin 53154. According to J.C., a red four-door sedan pulled into the gas pump area of the gas station located at Woodman's address 8151 South Howell Avenue, Oak Creek, Wisconsin 53154 and positioned itself next to J.C.'s vehicle, a gray 2013 Audi Q7 bearing Wisconsin registration 683VWH. J.C. was in the process of putting gas into his Audi Q7. One male subject (Subject #1) exited the rear passenger door of the red sedan and another male subject (Subject #2) exited the front passenger seat of the red Kia Forte. Subject #1 held up a dollar bill to J.C. and told him he dropped the money. J.C. told him that was not true. Subject #1 then circled around to the front of J.C. and unsuccessfully attempted to grab the keys out of J.C.'s hands. J.C. told Subject #1 that was a mistake. Subject #1 again tried to grab the keys from J.C. and Subject #2 placed J.C. in a bear hug from behind. The three individuals struggled, and J.C. stumbled to the ground which resulted in small abrasions on both of J.C.'s knees. The two subjects re-entered the red sedan and fled the scene without obtaining any property from J.C.

26. Based on surveillance video and witnesses from the scene, the red sedan had heavy window tint and was identified as a 2014 Kia Forte bearing Wisconsin registration 957DRC. This is the same vehicle that was carjacked from J. J. on September 8, 2020 from 11907 W. Appleton Avenue, Milwaukee, Wisconsin 53224.

27. According to surveillance video, Subject #1 was a black male with a slender build wearing a black hooded sweatshirt with white writing across the front, blue jeans, and white shoes. Subject #2 was a black male with a slender build wearing a blue hooded sweatshirt with a white symbol on the upper chest area, dark pants, and dark shoes. A third subject is seen in the driver's seat of the red sedan.

7

28. Oak Creek Police Department (OCPD) was notified of the attempt carjacking at approximately 10:39 AM on September 14, 2020, by a citizen witness.

**Gray Jeep Cherokee Attempted Vehicle Theft in Oak Creek, Wisconsin on September 14, 2020**

29. On September 14, 2020 at approximately 11:05 AM, at least two males attempted to steal J.B.'s (XX/XX/1941) vehicle from his garage located at 165 West Aspen Court Unit 6, Oak Creek, Wisconsin 53154. According to J.B, he backed his gray 2019 Jeep Cherokee, Wisconsin registration 35012DS, into his garage. J.B. got out of his vehicle and noticed a red-colored vehicle pull up several feet from his garage door. A male subject got out of the driver's side of the vehicle and walked quickly towards J.B. J.B. was near the front of his vehicle near the passenger side when the subject asked to use his telephone. The subject then got into the driver's door of J.B.'s vehicle and asked J.B. where the keys were located while rummaging around his vehicle. J.B. told the subject to get out of his vehicle. The subject unsuccessfully attempted to start J.B.'s vehicle and then exited J.B.'s vehicle and garage.

30. J.B. observed a second subject in the driver's seat of the red vehicle. J.B. described the subject as a black, male, shorter stature sitting in the driver's seat.

31. J.B. described the subject who entered his garage and vehicle as a black, male, tall, with a slender build and wearing dark clothing.

32. OCPD was dispatched to 165 West Aspen Court Unit 6, Oak Creek, Wisconsin 53154 at approximately 11:05 AM on September 14, 2020, which is approximately 25 minutes after the attempt carjacking at the Woodman's gas station.

**Blue Jeep Compass Carjacking in Oak Creek, Wisconsin on September 14, 2020**

8

33.     On September 14, 2020, at approximately 11:10 AM, approximately three male subjects carjacked B.S. (XX/XX/1945), in the Kohl's Parking Lot located at 9035 South Howell Avenue, Oak Creek, Wisconsin 53154. The carjacking was of B.S.'s blue 2020 Jeep Compass, Wisconsin registration 957CSB, VIN 3C4NJDBB3LT143072. According to B.S., two to three male subjects approached her in the Kohl's parking lot after she made a purchase and knocked her down to the ground. The subjects took her keys and purse. At least one of the subjects then entered her 2020 Jeep Compass and drove away, without her consent. B.S. sustained minor injury from being knocked to the ground by the subjects and was treated by paramedics.

34.     B.S. described the suspects as black males wearing black and white sweatshirts and masks.

35.     According to surveillance video obtained from Kohl's department store, a red four-door sedan with tinted windows was parked in the Southeast area of the Kohl's parking lot. A short time later, B.S. was seen walking east from the direction of Kohl's towards the parking lot. At the same time, the red-colored sedan moved from its parked spot and drove within close proximity to B.S. The red sedan proceeded to drive up and down aisles in the Kohl's parking lot as B.S. walked east through an aisle towards her vehicle. The red sedan turned down the same aisle as B.S. The carjacking incident was not captured on the surveillance video.

36.     According to a witness statement, four subjects were involved in the incident. Two of the subjects left in the red car with tinted windows and two individuals left in B.S.'s blue 2020 Jeep Compass.

37.     According to another witness statement, a blue Jeep and a red car exited the Kohl's parking lot at a high rate of speed.

9

38.     OCPD was dispatched to Kohl's located at 9035 South Howell Avenue, Oak Creek, Wisconsin 53154 at approximately 11:10 AM on September 14, 2020, which is approximately five minutes after the attempt carjacking at the 165 West Aspen Court Unit 6, Oak Creek, Wisconsin 53154.

39.     Kohl's located at 9035 South Howell Avenue, Oak Creek, Wisconsin 53154 is approximately one quarter mile from 165 West Aspen Court Unit 6, Oak Creek, Wisconsin 53154.

40.     On September 14, 2020, shortly after the carjacking of B.S., OCPD located and engaged in a vehicle pursuit with a red Kia Forte and the 2020 Jeep Compass bearing Wisconsin registration 957CSB. However, OCPD terminated the vehicle pursuit without stopping the vehicles due to the high speed of the chase.

**Red Kia Forte Vehicle Recovery and Arrest of CALVIN SMITH**

41.     On September 15, 2020 at approximately 8:09 PM, J.J.'s red Kia Forte bearing Wisconsin registration 957DRC was located by MPD. MPD attempted to stop the red Kia Forte, however, the driver of the Kia fled and engaged in a vehicle pursuit. After approximately 1.3 miles at over 90 miles per hour, the red Kia Forte struck a curb at approximately 1467 W. Locust Street, Milwaukee, Wisconsin. The sole occupant of the vehicle, SMITH, exited the driver's door of the vehicle and fled on foot. SMITH was subsequently arrested following the foot pursuit and taken into custody by MPD.

**Blue Jeep Compass Vehicle Recovery and Arrest of ANDREW SEELYE and LENZY WARD**

42.     On September 15, 2020, at approximately 8:35 PM, MPD located the blue Jeep Compass traveling northbound on North 27th Street and West Highland Boulevard in Milwaukee, Wisconsin 53208. MPD officers in an unmarked vehicle followed the Jeep Compass and

10

dispatched the vehicle's location. At approximately 8:42 PM, an MPD marked vehicle attempted to traffic stop the Jeep Compass, however, the Jeep Compass accelerated away from the MPD squad vehicle and then slowed down. A passenger of the vehicle exited the Jeep Compass and fled on foot. The Jeep Compass then sped away from the MPD squad car and engaged in a vehicle pursuit with MPD. After approximately 0.9 miles of speeds up to 70 miles per hour, the Jeep Compass struck a curb which disabled the vehicle near the intersection of North 20th Street and West Vienna Street in Milwaukee, Wisconsin. Upon the vehicle becoming disabled, another passenger exited the vehicle and the driver stayed in the vehicle. The passenger who exited the vehicle after the pursuit was identified as SEELYE. The driver of the vehicle was identified as LENZY J. WARD (WARD), (DOB: XX/XX/2002). SEELYE and WARD were arrested and taken into custody by MPD.

**CALVIN SMITH Custodial Interview**

43. During a custodial interview with SMITH, SMITH confessed to the September 8, 2020 carjacking of the red Kia Forte and named TYLER as his co-actor in the carjacking. SMITH also confessed to the September 13, 2020 carjacking of the red Toyota Camry and named TYLER and SEELYE as his co-actors.

44. Further, SMITH confessed to the carjacking spree on September 14, 2020 in Oak Creek, Wisconsin and named SEELYE and TYLER as his co-actors. SMITH stated that TYLER was the driver during the incidents in Oak Creek. Specifically, regarding the attempt carjacking of J.C.'s gray Audi Q7 at the Woodman's gas station, SMITH confessed that he and SEELYE were the two subjects who got out of the red sedan and physically confronted the victim. Regarding the attempt carjacking of J.B.'s gray Jeep Cherokee in the garage, SMITH stated that he, SEELYE, and TYLER were driving in the red sedan and saw the opportunity to take the Jeep from the open

garage. However, they could not steal the Jeep because they could not find the keys. SMITH did not specify who went into the garage. Regarding the carjacking of B.S.'s blue Jeep Compass in the Kohl's parking lot, SMITH stated that SEEYLE was wearing a black hooded sweatshirt and blue jeans, and TYLER as wearing a black hooded sweatshirt and black jogging pants. SMITH admitted to taking B.S.'s wallet and said that SEELYE took her keys and the Jeep Compass. SMITH got back into the red sedan with TYLER as the driver. SMITH stated WARD was not involved in the carjackings and attempt carjackings on September 8, 2020; September 13, 2020; and September 14, 2020.

**ANDREW SEELYE Custodial Interview**

45.     During a custodial interview with SEELYE, SEELYE confessed to the September 13, 2020 carjacking of the red Toyota Camry and named TYLER and SMITH as his co-actors. SEELYE stated that TYLER was the driver, SEELYE was the front-seat passenger, and SMITH was the rear-seat passenger when they approached A.T. in the red Kia Forte.

46.     Further, SEELYE confessed to the carjacking spree on September 14, 2020 in Oak Creek, Wisconsin and named SMITH and TYLER as his co-actors. Specifically, regarding the attempt carjacking of the gray Audi Q7 at the Woodman's gas station, SEELYE named SMITH as the second subject who exited the red Kia sedan and TYLER as the driver of the red Kia sedan. SEEYLE admitted to being the subject who told J.J. he dropped a dollar. SEEYLE denied involvement with the attempt steal of the gray Jeep Cherokee at 165 West Aspen Court Unit 6, Oak Creek, Wisconsin 53154. Regarding the carjacking of B.S.'s blue Jeep Compass in the Kohl's parking lot, SEEYLE stated that TYLER and SMITH picked the victim. During the carjacking, SEELYE took the keys to B.S.'s Jeep Compass and left the parking lot as the driver of the Jeep

12

Compass, and SMITH got back in the red Kia sedan after the robbery. SEEYLE also admitted to fleeing from OCPD in the Jeep Compass following the carjacking.

**Blue Subaru Outback Sport Carjacking in Milwaukee, Wisconsin on December 17, 2020**

47.     On December 17, 2020 at approximately 12:20 PM, two male subjects carjacked J.C-S. (DOB: XX/XX/1958) inside his garage located at 2994 S. Mabbett Avenue, Milwaukee, Wisconsin, 53207. Stolen in the carjacking was J.C-S.'s 2005 blue Subaru Outback Sport, Wisconsin registration AFK8288, VIN: 4S4BP61C757345536. According to J.C-S., he walked out of his residence to the garage where his vehicle was located to put fishing gear into the rear hatch of his vehicle. J.C-S. opened the center, overhead garage door in order to open the rear hatch of his vehicle. After placing the fishing items in the rear hatch of his vehicle, J.C-S. observed two subjects walking North in the alley. One of the subjects asked J.C-S. what time it was, and J.C-S. responded that he did not have a watch so he guessed the time. One of the subjects (Subject #1) then produced a gray semi-automatic handgun and pointed it J.C-S.'s chest. Subject #1 then demanded money from J.C-S., and J.C-S. provided cash, financial cards, and his driver's license from his pocket.

48.     One of the subjects then ordered J.C-S. to the ground and to face away from the alley. J.C-S. complied and laid out on his garage floor facing away from the alley. J.C-S. heard one of the subjects say he was going to shoot him. One of the subjects asked him where the keys to his vehicles were located. J.C-S. motioned to his left side and a subject took the keys out of his pocket. One of the subjects asked where his cellular telephone was located. J.C-S. motioned to his right side and a subject took his cellular telephone out of his pocket. The subjects asked where the rest of the money was located, and J.C-S. responded that he had no more money. The subjects then asked how much money was in his house, and J.C-S. responded that there was no money in the

house. The subjects then entered his blue 2005 Subaru Outback Sport, started the vehicle, and fled from the garage in the Subaru Outback Sport.

49.     J.C-S. described Subject #1 as a black, male, mid to late teens, approximately 5'8" with a slender build, armed with a gray semi-automatic handgun. J.C-S. believed Subject #1 to do most or all of the talking during the armed robbery offense.

50.     J.C-S. described Subject #2 as a black, male, mid to late teens.

51.     MILAN's Wisconsin identification card lists him as 6'00" and 175 pounds.

**Red Kia Sorrento Carjacking in Milwaukee, Wisconsin on December 19, 2020**

52.     On December 19, 2020 at approximately 5:41 PM, two male subjects carjacked D.L. (DOB: XX/XX/1947) and G.L. (DOB: XX/XX/1944) inside their garage located at 6633 South 19th Street, Milwaukee, Wisconsin. Stolen in the carjacking was D.L. and G.L.'s 2017 red Kia Sorrento, Wisconsin registration ACR3920, VIN: 5XYPGDA3XHG327859. According to D.L. and G.L., the subjects entered the garage of D.L. and G.L. and yelled at them to get on the ground. One of the subjects concealed his hand within his jacket. D.L. and G.L. believed the subject to be armed. One of the subjects said, "Do what we tell you and we won't hurt you." The subjects demanded keys, money, and PINs for their debit cards. They obtained the property, including a silver Timex wristwatch, from D.L. and G.L. and then fled in the red Kia Sorrento.

53.     G.L. described the subjects as black, males, late teens to early twenties, 6'00", slender built. G.L. described them as wearing dark-colored winter knit hat, medical mask, hooded jacket, and pants.

54.     During an interview with MPD following the carjacking, D.L. advised that she contacted her bank to report her financial cards stolen. She was informed that her Chase Debit Card was used on December 19, 2020 at approximately 7:02 p.m. Her bank told her that the Chase

14

debit card was used two times, in the amount of $205.00, at BMO Harris Bank ATM located at 2266 South 13th Street, Milwaukee, Wisconsin. The BMO Harris Bank ATM was located approximately six miles north of the carjacking at 6633 South 19th Street, Milwaukee, Wisconsin. MPD obtained video BMO Harris Bank ATM at the time of the transaction which showed a Hispanic male using the debit card.

55.     Based on Google Nest video from cameras located in the alley approximately one block directly North of the carjacking, on December 19, 2020 starting at approximately 5:22 PM, two subjects are walking in the alley. One subject appeared to be wearing a dark-colored hooded sweatshirt or jacket, light-colored pants, and boots. The second subject appeared to be wearing a dark-colored hooded sweatshirt or jacket, pants slightly darker than the first subject, and shoes with black and white coloring.

56.     MPD was dispatched to the carjacking at approximately 5:41 PM on December 19, 2020.

**Blue Subaru Outback Sport Vehicle Recovery**

57.     On December 20, 2020, the blue Subaru Outback Sport was located at 4848 North 91st Street, Milwaukee, Wisconsin, abandoned, at 2662 North 47th Street, Milwaukee, WI in the alley.

58.     MPD processed the blue Subaru Outback Sport and identified a Dutch cigarillo wrapper within the vehicle with a latent print on the exterior of the wrapper. The print was identified as the right middle finger of MILAN.

**Red Kia Sorrento Vehicle Recovery and Arrest of MADISON TYLER and DEOVEONTA MILAN**

59.     On December 21, 2020, at approximately 11:16 PM, MPD located the Kia Sorrento in the area of North Sherman Boulevard and West Wright Street. MPD attempted a traffic stop of the Kia Sorrento at 2147 North Sherman Boulevard, Milwaukee, Wisconsin, however, the Kia Sorrento sped away from the MPD squad vehicle, which initiated a pursuit with the stolen vehicle. MPD deployed stop sticks, and the vehicle stopped in the area of 3459 North Dousman Street, Milwaukee, Wisconsin. The two occupants, TYLER and MILAN, fled from the vehicle on foot. TYLER fled from driver's seat, and MILAN fled from the front passenger's seat. TYLER and MILAN were subsequently located by MPD, arrested, and taken into custody.

60.     When he was arrested on December 21, 2020, TYLER was wearing a silver analog Timex watch that matched the description of the watch that was stolen from G.L. on December 19, 2020. MPD seized the watch from TYLER. G.L. identified the watch as his, and the watch was returned to G.L. Following his arrest, TYLER also made a spontaneous statement to police, stating "Y'all just arrested a kingpin." Based on training and experience, I understand the term "kingpin" to mean leader of a group. Additionally, when asked by MPD what his name was, TYLER responded, "lil dog… ct… lil dog."

**MADISON TYLER Custodial Interview**

61.     During a custodial interview with TYLER, he confessed to driving and fleeing from police in the Kia Sorrento on December 21, 2020. TYLER admitted to knowing the Kia Sorrento was stolen, however, he denied involvement in the carjacking on December 19, 2020.

**Facebook Accounts**

62.     On January 30, 2021, MPD provided Facebook account madison.tyler.3150 as a possible Facebook account for TYLER to writer. Facebook account madison.tyler.3150 had

16

Display Name "Madison Tyler," a user ID 100023577796138, and displayed a cover photograph consistent with TYLER.

63.     Based on training and experience, writer knows that Facebook has private messaging, chat, and call features where messages and calls can be sent and received between Facebook accounts that are not viewed publicly.

64.     On March 3, 2021, writer received Facebook subscriber and account information for the Facebook account madison.tyler.3150 for the time range of January 1, 2018 – March 31, 2018. The account was listed as still "Active," and the last login and logout date for the account was February 19, 2018.

65.     On September 21, 2021, during a debrief with SMITH, SMITH stated that he and TYLER began spending time together approximately two years ago. SMITH stated that he called TYLER on Facebook Messenger following the carjacking of the Toyota Camry on September 13, 2020. SMITH stated that his Facebook name was "lilbro mia," and TYLER's Facebook name was "Madison otw." Further, SMITH stated that he knew TYLER had a cellular telephone during the September 2020 carjackings, however, he only communicated with TYLER through Facebook Messenger.

66.     On September 21, 2021, FBI located the following Facebook account:

| Username | Facebook Identification (UID) | Facebook Display Name |
|---|---|---|
| calvin.smithii.127 | 100047553120263 | Lilbro Mia |

67.     Investigators did not locate a Facebook account displaying name, "Madison otw."

68.     On September 29, 2021, during a proffer interview with MILAN, MILAN stated that he met TYLER in June 2020. MILAN stated that he and TYLER committed the carjackings

on December 17, 2020 and December 19, 2020. MILAN stated that TYLER used a real gun during both carjackings. MILAN also stated that he obtained the December 19, 2020 victims' PIN numbers for financial cards and used two of the financial cards at a U.S. Bank and a BMO Harris Bank following the carjacking. MILAN stated that he used Facebook Messenger and telephone calls to communicate with TYLER. MILAN stated his Facebook name during the time of the December 2020 carjackings was "TaeMilan," and TYLER's Facebook name was "lildawgct."

69.     On September 30, 2021, FBI located the following Facebook accounts:

| Username | Facebook Identification (UID) | Facebook Display Name |
|----------|-------------------------------|-----------------------|
| tae milan | 100013068634808 | Tae Milan |
| lildawg.ct | 100063123166529 | LilDawg CT |

70.     On November 9, 2021, Facebook returned records pursuant to search warrant 21-MJ-222 for Facebook accounts calvin.smithii.127 (Lilbro Mia, 100047553120263), tae.milan (Tae Milan, 100013068634808), lildawg.ct (LilDawg Ct, 100063123166529), and madison.tyler.3150 (Madison Tyler, 100023577796138), for the time range of June 1, 2020 and December 31, 2020.

71.     Based on the Facebook records, the Facebook accounts ), tae.milan (Tae Milan, 100013068634808), lildawg.ct (LilDawg Ct, 100063123166529), and madison.tyler.3150 (Madison Tyler, 100023577796138) had no responsive records located for IP Addresses for the time range of June 1, 2020 and December 31, 2020.

72.     Based on the Facebook records for lildawg.ct (LilDawg Ct, 100063123166529), the account was registered on 01/29/2021 at 2:47 UTC. The first and last name of the account holder provided was LilDawg Ct. The current city and hometown of the account holder was Milwaukee, Wisconsin. The gender of the account holder was male, and the birthdate of the account holder

was 11/30/2001. Facebook account LilDawg Ct (100063123166529) blocked Facebook account Lildawg CT (100011735540211).

73.     Based on the Milwaukee County Office of the Sheriff Inmate Locator, MADISON TYLER was in custody at the House of Corrections from 12/24/2020 to present. Therefore, TYLER was in custody during the creation of the Facebook account.

74.     Based on the Facebook records for madison.tyler.3150 (Madison Tyler, 100023577796138), the account was registered on 12/22/2017 at 21:43 UTC. The first and last name of the account holder provided was Madison Tyler. The gender of the account holder was male, and the birthdate of the account holder was 11/22/1987. The Friends list of the Facebook account listed Lildawg CT (100011735540211) as a friend.

75.     Based on the Facebook records for tae.milan (100013068634808), the account was registered on 08/01/2018 at 18:05 UTC. The first and last name of the account holder provided was Tae Milan. The gender of the account holder was male, and the birthdate of the account holder was 10/08/1998. Facebook account Tae Milan (100013068634808) blocked Facebook account Tæ Milån (100011725954112).

76.     Investigators did not locate an active Facebook account for Facebook User ID: 100011725954112.

77.     Based on the Facebook records for calvin.smithii.127 (Lilbro Mia, 100047553120263), the account was registered on 02/14/2020 at 2:09 UTC. The first and last name of the account holder provided was Lilbro Mia. The gender of the account holder was male, and the birthdate of the account holder was 11/14/2001. Lildawg CT (100011735540211) accepted a friend request from Lilbro Mia (100047553120263) on 08/17/2020. Between 08/17/2020 and 12/06/2020, multiple communications occur between Facebook accounts Lilbro Mia

(100047553120263) and Lildawg CT (100011735540211). The accounts communicate through methods including Facebook video chat and Facebook messages.

78.     Based on the Facebook records for calvin.smithii.127 (Lilbro Mia, 100047553120263), on 08/26/2020, the following communications occurred between Facebook accounts Lilbro Mia (100047553120263) and Lildawg CT (100011735540211):

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-08-26 18:45:16 UTC
**Body** come outside

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-08-26 20:12:43 UTC
**Body** where the gun at bro

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-08-26 20:13:02 UTC
**Body** Lildawg missed your call.

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-08-26 20:22:22 UTC
**Body** Nigga idk go check the field

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-08-26 20:22:39 UTC
**Body** u was fr

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-08-26 20:23:52 UTC
**Body** Bro wah is u talking bout

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-08-26 20:24:08 UTC
**Body** where the cannon cuz

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-08-26 20:24:13 UTC
**Body** i'm fenna come meet u

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-08-26 20:28:30 UTC
**Body** The video chat ended.
**Call Record Missed** false

**Duration** 143

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-08-26 20:31:53 UTC
**Body** You missed a call from Lildawg.

79. Based on the Facebook records for calvin.smithii.127 (Lilbro Mia, 100047553120263), between 09/07/2020 and 09/14/2020, the following communication occurred between Facebook accounts Lilbro Mia (100047553120263) and Lildawg CT (100011735540211):

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-09-08 02:16:45 UTC
**Body** Wya

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-09-08 12:05:35 UTC
**Body** You missed a call from Lildawg.

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-09-08 14:30:18 UTC
**Body** Wya

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-09-09 16:35:27 UTC
**Body** Wya

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-09-09 16:45:25 UTC
**Body** crib

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-09-09 17:49:28 UTC
**Body** On god im over here going crazy on this bitch she talking bout not giving me my money

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-09-09 19:01:09 UTC
**Attachments** sticker (369239263222822)

21



**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-09-10 05:06:10 UTC
**Body** wya cuz

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-09-14 06:48:14 UTC
**Attachments** sticker (369239263222822)



**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-09-14 06:48:20 UTC
**Body** Send da mfa cuz

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-09-14 22:40:49 UTC
**Body** You sent a video.
**Attachments** video-1600123249.mp4 (769855887171185)
**Type** video/mp4

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-09-14 22:41:37 UTC
**Body** You sent a video.
**Attachments** video-1600123297.mp4 (757604515075668)
**Type** video/mp4

    a.   The video sent by Lilbro Mia (Facebook: 100047553120263) to Lildawg CT (Facebook: 100011735540211) on 09/14/2020 at 22:40 UTC was approximately 11 seconds and depicted a black, male wearing a blue face mask driving a Kia. The video appeared to be filmed by someone sitting in the front, passenger seat.

b. The video sent by Lilbro Mia (Facebook: 100047553120263) to Lildawg CT (Facebook: 100011735540211) on 09/14/2020 at 22:41 UTC was approximately 56 seconds and depicted a black, male wearing a blue face mask driving Kia. The video appeared to be filmed by the driver of the Kia.

80.     Based on the Facebook records for calvin.smithii.127 (100047553120263), on 12/06/2020, the following communication occurred between Facebook accounts Lilbro Mia (100047553120263) and Lildawg CT (100011735540211):

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-12-06 16:35:02 UTC
**Body** Wya I'll smack the fuck outta u

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-12-06 16:35:43 UTC
**Body** Dis his boi he need people ta drop dey numbers

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-12-06 16:36:08 UTC
**Body** Where u at so I can smack the fuck outta u

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-12-06 16:36:18 UTC
**Body** Yo mans a rat

**Author** Lildawg CT (Facebook: 100011735540211)
**Sent** 2020-12-06 16:36:53 UTC
**Body** Wya I'll pull up in yo hood

**Author** Lilbro Mia (Facebook: 100047553120263)
**Sent** 2020-12-06 16:37:58 UTC
**Body** Bro Ion even know you

81.     On November 9, 2021, FBI located the following Facebook account:

| Username | Facebook Identification (UID) | Facebook Display Name |
|---|---|---|
| maddie.madison.58 | 100011735540211 | Lildawg CT |

## IV.    FACEBOOK INFORMATION

82.    Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

83.    Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

84.    Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

85.    Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A

Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

86. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

87. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

88. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information.

25

Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

89.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

90.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

91.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

92.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

93.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

94.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

95.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

96.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

97.     Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

98.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member,

including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

99. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

100. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

101. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by

28

Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

102. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning

subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## V.    INFORMATION TO BE SEARCHED AND ITEMS TO BE SEIZED

103.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## VI.    CONCLUSION

104.    Based on the forgoing, I request that the Court issue the proposed search warrant. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court of the Eastern District of Wisconsin is a district court of the United States that has jurisdiction over the offenses being investigated, 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

# **ATTACHMENT A**

### *Persons to be searched*

This warrant applies to information between June 1, 2020 and December 31, 2020 associated with the Facebook accounts:

| Username | Facebook Identification (UID) | Facebook Display Name |
|---|---|---|
| maddie.madison.58 | 100011735540211 | Lildawg CT |

# ATTACHMENT B

## Particular Things to be Seized

**Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

a. All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

b. All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

d. All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

32

e. All other records of communications and messages made or received by the user, including all encrypted or private messages, chat history, video calling history, and pending "Friend" requests;

f. All "check ins" and other location information;

g. All IP logs, including all records of the IP addresses that logged into the account;

h. All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i. All information about the Facebook pages that the account is or was a "fan" of;

j. All past and present lists of friends created by the account;

k. All records of Facebook searches performed by the account;

l. All audio messages sent by the account and messages received by the account;

m. All video messages sent by the account and to the account;

n. Any and all location data that is recorded by Facebook related to the account;

o. All information about the user's access and use of Facebook Marketplace;

p. The types of service utilized by the user;

q. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

r. All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

s. All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

**Information to be seized by the government**

All information described above that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 2119(1) (Motor Vehicle Robbery) and 924(c) (use and brandishing of a firearm during a crime of violence) between June 1, 2020 and December 31, 2020, including, for each user ID identified on Attachment A, information pertaining to the following matters:

a. The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between the suspects and others related to the relevant offense conduct in the above-listed crimes, communications related to travel, and communications related to the purchase of firearms or any other property;

b. Photographs or videos of firearms, ammunition, firearm accessories, narcotics, drug paraphernalia, or clothing in the suspect(s) possession or subject to the above-listed crimes;

c. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

d. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

e. The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of the above-listed crimes, including records that help reveal their whereabouts.

34